Martin GUBB, Plaintiff–Appellee,

v.

P&M SERVICES, INC., Defendant–Appellant.

No. 2007–1263.

United States Court of Appeals, Federal Circuit.

March 4, 2008.

Marc Lorelli, Brooks Kushman P.C., of Southfield, MI, argued for plaintiff-appellee. With him on the brief was Mark A. Cantor.

Mark S. Demorest, Demorest Law Firm, PPLC, of Birmingham, MI, argued for defendant-appellant.

Before: MAYER, GAJARSA and MOORE, Circuit Judges.

**Judgement**

PER CURIAM:

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.